# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:04CR157

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) |
| vs. | )   **ORDER**<br>) |
| ANDRE MCRAE,<br>    Defendant. | )<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of an letter from Andre McRae, dated October 18, 2005, to the Honorable Graham C. Mullen (the "Letter"). In the Letter, Mr. McRae asks to be released on bond. Specifically, Mr. McRae asks that Chief Judge Mullen affirm the oral order of the Honorable Carl Horn, III releasing Mr. McRae on bond.

The record reflects that Mr. McRae is represented by appointed counsel, Julia Mimms. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. McRae has any matters he wishes this Court to consider, they must be submitted through his attorney. The Court notes that Chief Judge Mullen has scheduled a hearing on this matter for October 31, 2005.

**IT IS, THEREFORE, ORDERED** that Mr. McRae's request is **DENIED** without prejudice to Mr. McRae's right to re-file the request, if appropriate, through his attorney.

**Signed: October 28, 2005**

David C. Keesler
United States Magistrate Judge