**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**NO: 3:04CR157**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　　　Plaintiff　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　)　　　**ORDER**<br>　　　　　　　　　　　　　　　　)<br>**ANDRE MCRAE,**　　　　　　　　)<br>　　　　Defendant.　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter from Andre McRae, dated November 10, 2005, to the Clerk of Court (the "Letter"). In the Letter, Mr. McRae asks that he be sent certain forms with respect to the subpoena of witnesses for trial.

The record reflects that Mr. McRae is represented by appointed counsel, Julia Mimms. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. McRae has any matters he wishes this Court to consider, they must be submitted through his attorney. The Court notes that, in an Order entered November 14, 2005, it informed Mr. McRae of its intent to schedule an inquiry into the status of counsel.

**IT IS, THEREFORE, ORDERED** that Mr. McRae's request is **DENIED** without prejudice to Mr. McRae's right to re-file the request, if appropriate, through his attorney.

**Signed: November 16, 2005**

_____
David C. Keesler
United States Magistrate Judge