# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO: 3:04CR157

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ANDRE MCRAE, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter from Andre McRae, dated November 21, 2005, to the Clerk of Court (the "Letter") (Document No. 50). In the Letter, Mr. McRae asks that the Clerk issue certain subpoenas. Mr. McRae has filed multiple motions *pro se*, including a motion similar to the present one.

The record reflects that Mr. McRae is represented by appointed counsel, Julia Mimms. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. McRae has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. McRae's request is **DENIED** without prejudice to Mr. McRae's right to re-file the request, if appropriate, through his attorney. <u>Mr. McRae is directed to stop filing any further motions *pro se*</u>.

**Signed: November 28, 2005**

David C. Keesler
United States Magistrate Judge