IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR157

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANDRE McRAE ) | |

THIS MATTER is before the court upon the Government's Motion For Peremptory Setting for the trial in this matter.

For cause shown, **IT IS ORDERED** that this court hereby sets the trial in this matter to begin on **November 27, 2006 term at 10:00 a.m.** in the Charlotte Division.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

Signed: May 24, 2006

Graham C. Mullen
United States District Judge