UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO. 3:04CR157-01 |
| v. | ) | |
| | ) | ORDER |
| ANDRE MCRAE | | |

_____

GRANTING that witness fees be paid to Ms. Rosa Gissom in the above titled case. On November 29, 2006, Ms Grissom attended the jury trial as a witness for the defendant.

**IT IS THEREFORE ORDERED** that the United States Marshal's office pay the witness fees to Ms Rosa Grissom.

The Clerk is directed to certify copies of this order to the United States Marshal's Service.

IT IS SO ORDERED.

Signed: January 24, 2007

Frank D. Whitney
United States District Judge