**FILED**
CHARLOTTE, N. C.

JAN 24 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

North Carolina Western
**MEMORANDUM**



**DATE:** January 22, 2007

**TO:** The Honorable Frank D. Whitney
U.S. District Judge

**FROM:** Emily E. Hood
U.S. Probation Officer

**SUBJECT:** Andre Lamont McRae
3:04CR157

---

## Court History:

On December 1, 2006, the defendant appeared in U.S. District Court and was found guilty of Conspiracy to Possess With Intent to Distribute Cocaine and Cocaine Base; Possession of a Firearm During and in Relation to a Drug Trafficking Crime; and Possession of Firearm by Felon.

## Current Status of Investigation:

The defendant's criminal history is being complied and it appears that the defendant may have been involved with the juvenile justice system.

By indicating below, the Court will order Mecklenburg County, NC, Juvenile Court to open it's file concerning the defendant and allow any and all juvenile records to be divulged for the purpose of a presentence report. This requested authority would terminate upon completion of a presentence report.

SO ORDERED:

Frank D. Whitney
U.S. District Judge

Date 1/23/07