IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:04-CR-157-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ANDRE McRAE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 156) filed by Elizabeth A. Blackwood, concerning Juliana M. Andonian, on May 17, 2022. Juliana M. Andonian seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 156) is **GRANTED**. Juliana M. Andonian is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: May 19, 2022

David C. Keesler
United States Magistrate Judge