UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-00157-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANDRE MCRAE, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's "Motion to Stay," (Doc. No. 158), filed by counsel and seeking additional time to file supplemental briefing on Defendant's pending motions to reduce his sentence. Although counsel requests a "stay," the Court finds that a deferral on ruling—and not a stay of the case—is more appropriate. Accordingly, the Court GRANTS Defendant's Motion to the extent it seeks a deferral on ruling on the pending motions and will allow counsel until January 20, 2023, to file a supplemental pleading addressing the merits of Defendant's pending motions. The Government shall have twenty-eight days after Defendant files its supplemental pleading to file a supplemental response.

IT IS THEREFORE ORDERED that Defendant's Motion, (Doc. No. 158) is GRANTED, and this Court will defer ruling on all pending motions, (Doc. Nos. 128, 129, 131, 132, 135, 137, 139, 154), until it receives the supplemental briefing ordered above.

IT IS SO ORDERED.

Signed: November 17, 2022

Frank D. Whitney
United States District Judge